Amy M. Samberg (NV Bar No. 10212)
Dylan P. Todd (NV Bar No. 10456)
CLYDE & CO US LLP
7251 W. Lake Mead Boulevard, Suite 430
Las Vegas, NV  89128
Telephone: +1 725 248 2900
Facsimile:  +1 725 248 2907
amy.samberg@clydeco.us
dylan.todd@clydeco.us

*Attorneys for Plaintiff*
*Arch Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a foreign corporation, | Case No. 2:25-cv-00183 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| NP RED ROCK, LLC d/b/a RED ROCK CASINO RESORT SPA, a Nevada Limited Liability Company. | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff ARCH INSURANCE COMPANY (collectively "Plaintiff") and Defendant NP RED ROCK, LLC d/b/a RED ROCK CASINO RESORT SPA ("Defendant"), that this matter shall be dismissed with prejudice with each side to bear their own costs.

Dated: July 10, 2025

BRANDON | SMERBER LAW FIRM

By:  /s/ Lew Brandon, Jr.

Lew Brandon, Jr. (NV Bar No. 5880)
l.brandon@bsnv.law
Jeffrey Orr (NV Bar No. 7854)
j.orr@bsnv.law
139 E. Warm Springs Road
Las Vegas, Nevada 89119

*Attorneys for Defendant,
NP RED ROCK, LLC d/b/a
RED ROCK CASINO RESORT & SPA*

Dated: July 10, 2025

CLYDE & CO US LLP

By:  /s/ Dylan P. Todd

Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
7251 W. Lake Mead Boulevard,
Suite 430
Las Vegas Nevada 89128

*Attorneys for Plaintiff,
ARCH INSURANCE COMPANY*

IT IS SO ORDERED.

_____
Gloria M. Navarro, U.S. District Judge

July 10, 2025
Dated

2

Todd, Raphaela

| | |
|---|---|
| From: | Lewis Brandon <l.brandon@bsnv.law> |
| Sent: | Thursday, July 10, 2025 12:31 PM |
| To: | Todd, Raphaela; Jeffrey Orr |
| Cc: | Samberg, Amy; Todd, Dylan |
| Subject: | RE: * DRAFT STIP AND ORDER FOR DISMISSAL * re Arch Insurance Company v. NP Red Rock, LLC d/b/a Red Rodk Casino Resort Spa |
| Attachments: | STIPULATION AND ORDER FOR DISMISSAL.pdf |

E approval for my signature.  Please submit to the court.
Thanks,

LEW BRANDON, JR., ESQ.
BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-380-0007
FAX. 702-380-2964

**From:** Todd, Raphaela <Raphaela.Todd@clydeco.us>
**Sent:** Monday, July 7, 2025 3:51 PM
**To:** Lewis Brandon <l.brandon@bsnv.law>; Jeffrey Orr <j.orr@bsnv.law>
**Cc:** Samberg, Amy <Amy.Samberg@clydeco.us>; Todd, Dylan <Dylan.Todd@clydeco.us>
**Subject:** * DRAFT STIP AND ORDER FOR DISMISSAL * re Arch Insurance Company v. NP Red Rock, LLC d/b/a Red Rodk Casino Resort Spa

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

**Dear Counsel:**

**Attached for your review and consideration is a draft Stipulation and Order for Dismissal.   Would you kindly review the same and advise of your approval and/or any changes you wish to make?   Thank you.**

**Raphaela Todd**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2891



7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
Main +1 725 248 2900 | Fax +1 725 248 2907 | **www.clydeco.u**s

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

**This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading,**

1

**dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.**

**Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.**